SWAN *v.* BALTIMORE & O. R. CO.

*(Supreme Court, General Term, Fourth Department.* September 19, 1889.)

No opinion.   Order affirmed, with $10 costs and disbursements.   MERWIN, J., not sitting.

---

WELCH *v.* CITY OF ELMIRA.

*(Supreme Court, General Term, Fourth Department.* September 19, 1889.)

No opinion.   Order affirmed, with costs.

---

WERNER *v.* TUCH.

*(Supreme Court, General Term, Fourth Department.* September 19, 1889.)

No opinion.   Order affirmed, with $10 costs and disbursements.   Following *Grow* v. *Garlock,* 29 Hun, 598.   For former report, see 5 N. Y. Supp. 219.

---

BALLOU, Respondent, *v.* CARTON *et al.,* Appellants.

*(Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion. Motion for leave to appeal to the court of appeals denied.   For former report, see *ante,* 15.

---

BARDEEN, Respondent, *v.* ALLEN, Appellant.

*(Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion.   Order affirmed, with $10 costs and disbursements.

---

BARNEY, Appellant, *v.* FULLER *et al.,* Respondents.

*(Supreme Court, General Term, Fourth Department.* February 11, 1890.)

Argued before HARDIN, P. J., and MARTIN and MERWIN, JJ.

No opinion.   Order affirmed, with $10 costs and disbursements.